UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORDER**

AMERICAN CIVIL LIBERTIES
UNION *and* AMERICAN CIVIL
LIBERTIES UNION FOUNDATION,

        Plaintiffs,

    *– against –*

17 Civ. 9972 (ER)

DEPARTMENT OF DEFENSE,
DEPARTMENT OF JUSTICE, *and*
DEPARTMENT OF STATE,

        Defendants.

THE NEW YORK TIMES
COMPANY,

        Plaintiff,

    *– against –*

20 Civ. 43 (ER)

DEPARTMENT OF DEFENSE,

        Defendant.

RAMOS, D.J.:

      For the reasons set forth in a Memorandum Opinion to be filed separately, the

defendants' motions for summary judgment are DENIED and the plaintiffs' cross-

motions for summary judgment are GRANTED. The defendants are ORDERED to

confirm or deny the existence of records responsive to the plaintiffs' FOIA requests. The

parties are further directed to submit, by November 1, 2020, a schedule for the

defendants' compliance with this Order and the further disposition of this case. The Clerk

2

of Court is respectfully directed to terminate the following motions:  Docs. 28 and 32 in

17 Civ. 9972, and Docs. 13 and 17 in 20 Civ. 43.


It is SO ORDERED.


Dated:    September 29, 2020
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.